UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGINA MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09mc0114 |
| ) | Judge Echols |
| DEBBIE MCLINTOCK, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The plaintiff, a resident of Clarksville, Tennessee, brings this *pro se* action under the Privacy Act, 5 U.S.C. § 552a. The plaintiff has submitted an application to proceed *in forma pauperis*.

It appears from the plaintiff's application (Docket Entry No. 2, 5) that she cannot afford to pay the filing fee in this action. Accordingly, the Clerk is directed to **FILE** this action *in forma pauperis*. 28 U.S.C. § 1915(a)(1).

As provided in the accompanying memorandum, the complaint is **DISMISSED** as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i). Because an appeal from the judgment rendered herein would **NOT** be taken in good faith, the plaintiff is **NOT** certified to pursue an appeal *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

Entry of this Order shall constitute the judgment in this action.

It is so **ORDERED**.

Robert L. Echols
United States District Judge